EDWIN CHICHESTER, Respondent, v. WILLIAM C. EGAR and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ALICE A. DELAMAR, Respondent, v. MONREPOSE, INC., and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. In view of the substantial sums involved, we have examined the papers and agree with the views expressed by the learned justice at Special Term that no case was presented calling for interference with the judgment of foreclosure and sale. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THERESA FOX, Respondent, v. JAMES J. FOX, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MARY A. GALLAGHER, as Executrix, etc., of TERENCE GALLAGHER, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to abide the event, upon opinion of Mr. Justice Morschauser at Trial Term. [Reported in 120 Misc. 207.] Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MARY GALVIN, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment and order reversed, and new trial granted, costs to abide the event, unless within twenty days plaintiff file a stipulation reducing the verdict to the sum of $10,000; in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

CHARLES T. GORDON, Respondent, v. CANDEE INCUBATOR AND BROODER COMPANY, Appellant.— Upon reargument, judgment and order denying new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ. [See 211 App. Div. 866.]

CHARLES ISAACSON, Respondent, v. LEE & SIMMONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. Motion for stay denied, with ten dollars costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Judicial Settlement of the Final Accounts of WILLIAM CONLIN, as Committee of the Estate of JAMES CONLIN, etc., an Incompetent Person. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant; JOHN F. KAVANAGH, Special Guardian, and Another, Respondents.— Order passing final account of committee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

In the Matter of Proving the Last Will and Testament of DORA HAHN, Deceased. — Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to the respondent Brueckner payable out of the estate. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.